UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK ARIEL MARCOS LORENZO,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, SENIOR WARDEN, OTAY MESA DETENTION CENTER, ET AL.,<br><br>Respondents. | Case No.:  26cv1041-LL-JLB<br><br>**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS [ECF No. 1]** |

Presently before the Court is Petitioner Erick Ariel Marcos Lorenzo's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 1 ("Pet."). Petitioner seeks a writ of habeas corpus directing Respondents to release him from custody or provide him with a constitutionally adequate bond hearing within seven days. Pet. ¶ 5; *see also* Prayer for Relief. Respondents failed to file a Return by the Court-issued deadline of February 25, 2026 at 4:30 p.m. ECF No. 2; *see* Docket. In light of Respondents' failure to file a Return,

1

the Court will address herein the merits of the Petition and **GRANTS IN PART** the Petition for the reasons stated below.

Petitioner, a citizen of Guatemala, alleges that he has been detained since January 13, 2026 by the United States Department of Homeland Security's ("DHS") Immigration and Customs Enforcement ("ICE") division and is currently at the Otay Mesa Detention Center. Pet. ¶ 1.

Upon the Court's review of the Petition, the Court finds that Petitioner is a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 25-CV-1873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025). Accordingly, Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a). Therefore, the Petition (ECF No. 1) is **GRANTED IN PART** as set forth below:

1. Respondents are **ORDERED** to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) within **seven (7) days** of this Order. Respondents **SHALL NOT** deny Petitioner's bond on the basis that 8 U.S.C. § 1225(b)(2) requires mandatory detention. The Court notes that *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025), has been vacated as contrary to law under the Administrative Procedure Act, and cannot be invoked to decline jurisdiction by the immigration judge. *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2026 WL 468284, at *10 (C.D. Cal. Feb. 18, 2026).

2. The Court **DENIES IN PART** the Petition to the extent that Petitioner requests to be released from custody.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

26cv1041-LL-SBC

3.  The Clerk of Court shall enter judgment in Petitioner's favor and close this case.

**IT IS SO ORDERED.**

Dated:  March 2, 2026

_____
Honorable Linda Lopez
United States District Judge

26cv1041-LL-SBC